## CROSS *vs.* THE STATE OF GEORGIA.

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

64  443
Case 1
122  737

1. Evidence to the effect that a hog was heard to squeal, that the witness ran to him, that defendant ran off from him, that the hog was dead, being knocked in the head, is enough to show the taking and carrying away with intent to steal. *Lundy vs. The State* 60 *Ga.,* 143; *Williams vs. The State, Ib.,* 367.
2. The *allegata* and *probata* sufficiently agree where the hog is described as black spotted and weighing twenty five pounds, and proven to be of that weight and having black spots, though sandy colored generally. It makes no difference that the special presentment charges that the hog's mark was unknown, and the proof is that he was in mark of the witness, who owned and identified him.
3. The fact that a grand juror's name is on the minutes of the court as properly drawn, is a sufficient reply to an exception to the indictment that his name was not in the jury box.

JACKSON, Justice.